

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2019

No. 04-19-00630-CV

**IN THE INTEREST OF A.O.G. AND A.J.G., CHILDREN,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02451
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On October 2, 2019, we ordered appellant to file, by October 14, 2019, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. On October 8, 2019, appellant filed a Motion to Extend Time to File Appeal, which we construe as a sufficient response. Accordingly, we deem the notice of appeal as timely filed.

At this time, the reporter's record, which was due September 23, 2019, has not been filed. On October 8, 2019, the court reporter filed a notification of late record, requesting an extension until October 16, 2019 to file the record. After consideration, we **GRANT** the court reporter's request and **ORDER** the court reporter to file the record **by October 16, 2019**. The court reporter is reminded that in accelerated appeals involving the termination of parental rights, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk